Mac Kenneth ORTIZ, Petitioner

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Respondent

No. 250 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Craig WOODARD, Petitioner

No. 323 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Kevin Wayne MOBLEY, Petitioner

No. 295 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is DENIED.